# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THREE RIVERS COMMONS OWNERS'
ASSOCIATION, INC.

NO.  2023 CW 0879

VERSUS

DONNA GRODNER, ET AL

**OCTOBER 12, 2023**

---

In Re:    Donna Grodner, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          171319.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART WITH ORDER.**
Louisiana Code of Civil Procedure article 2128 provides that
"within three days, exclusive of holidays, after taking the
appeal the appellant may designate in a writing filed with the
trial court such portions of the record which he desires to
constitute the record on appeal."  On August 11, 2023, relator,
Donna Grodner, filed a motion seeking to designate the record
with "only those documents that fall after … those listed on the
index from Appeal Record 2023 CA 0050."  While Ms. Grodner's
motion seeking to designate the record was not filed within the
deadline afforded by Article 2128, there appears to be no
prejudice to any of the parties if the record is designated as
requested by Ms. Grodner.  Even so, any record filed with this
court must also meet the minimum record requirements provided in
Local Rule 5 of the Louisiana Court of Appeal, First Circuit.
Accordingly, we reverse, in part, the trial court's August 14,
2023 judgment that denied Ms. Grodner's motion to designate the
record on appeal.  The trial court clerk's office is hereby
ordered to prepare the appeal record in accordance with Local
Rule 5 of the Louisiana Court of Appeal, First Circuit, and to
include any additional documents designated in Ms. Grodner's
"Motion to Designate Record" that are not specifically described
in Local Rule 5.  To the extent Ms. Grodner seeks permission of
this court to use the record in 2023 CA 0050, the writ is
denied.

**CHH**
**SMM**

        **McClendon, J.,** concurs.  Ms. Grodner should file any
appropriate motion to use the companion record in 2023 CA 0050
once the underlying record is lodged with this court.  See
Uniform Rules of Louisiana Courts of Appeal, Rule 2-1.14.

COURT OF APPEAL, FIRST CIRCUIT



---
        DEPUTY CLERK OF COURT
           FOR THE COURT